UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA BAYS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>　Commissioner of Social Security, et al.,<br><br>　　　　　　　Defendants. | NO:  2:14-CV-0320-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is a Report and Recommendation issued by Magistrate Judge Rodgers (ECF No. 45), which recommends this Court grant Defendant's Motion for Summary Judgment (ECF No. 40) and deny Plaintiff's Motion for Summary Judgment (ECF No. 37).

Pursuant to Federal Rule of Civil Procedure 72, the district court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to" and "may accept, reject, or modify the recommended disposition." Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1)(C).

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

No objection has been filed to the magistrate's Report and Recommendation. Having carefully reviewed the Report and Recommendation and the file therein, this Court adopts the report and recommendation in its entirety.

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation (ECF No. 45) is **ADOPTED in full.**

2. Plaintiff's Motion for Summary Judgment (ECF No. 37) is **DENIED**.

3. Defendant's Motion for Summary Judgment (ECF No. 40) is **GRANTED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, provide copies to the parties, and **CLOSE** this case.

**DATED** March 23, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2